SO ORDERED: May 26, 2011.



Anthony J. Metz III
United States Bankruptcy Judge



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EDWARD M. YANT | ) | CASE NO. 08-15515-AJM-13 |
| | ) | |
| Debtor | ) | |
| | ) | |
| JAMES C. HINEMAN | ) | |
| | ) | Adversary Proceeding |
| Plaintiff | ) | No. 09-50222 |
| | ) | |
| vs. | ) | |
| | ) | |
| EDWARD M. YANT | ) | |
| | ) | |
| Defendant | ) | |

**JUDGMENT**

The Court has entered its Findings of Fact and Conclusions of Law. In accordance with those Findings and Conclusions, it is hereby ORDERED, ADJUDGED

AND DECREED that the sum of $15,000 is a DISCHARGEABLE debt and that the sum of $5,000 is a NONDISCHARGEABLE debt in this bankruptcy case under §§523(a)(2)(A) and (4).

# # #

Distribution:
Mark R. Regnier and Edward B. Hopper, II, Counsel for the Plaintiff, James C. Hineman
Thomas G. Bradburn, Counsel for the Defendant, Edward M. Yant
Case Trustee